| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Zachary Daniel Lovingier** | Social Security number or ITIN **xxx–xx–9351** |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Melonie Lovingier** | Social Security number or ITIN **xxx–xx–8891** |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court **District of Utah** | | |
| Case number: **16–28805  RKM** | Chapter 13 | Petition date: 10/4/16 |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Zachary Daniel Lovingier  
dba ZDL Holdings LLC

Melonie Lovingier  
dba ZDL Holdings LLC

<u>7/7/20</u>

**By the court:**   <u>R. Kimball Mosier</u>  
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                              United States Bankruptcy Court
                                    District of Utah
In re:                                                          Case No. 16-28805-RKM
Zachary Daniel Lovingier                                        Chapter 13
Melonie Lovingier
       Debtors                   CERTIFICATE OF NOTICE
District/off: 1088-2         User: mkh              Page 1 of 2           Date Rcvd: Jul 07, 2020
                             Form ID: 3180W         Total Noticed: 22
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2020.
```
db/jdb       +Zachary Daniel Lovingier,   Melonie Lovingier,   1069 South Riverside Lane,
              Spanish Fork, UT 84660-5025
10405138      Bank of New York Mellon fka The Bank of New York,   c/o Bayview Loan Servicing,
              P.O. Box 650091,   Dallas, TX 75265-0091
10405141     +Danny Lovingier,   8874 South 6000 West,   Payson, UT 84651-9770
10446839      R. C.Willey Financial Services,   P.O.Box 65320,   Salt Lake City, Utah 84165-0320
10405146      RC Willey Home Furnishings,   P.O. Box 410429,   Salt Lake City, UT 84141-0429
10510210    ++SECURITY SERVICE FEDERAL CREDIT UNION,   BANKRUPTCY DEPARTMENT,   PO BOX 691510,
              SAN ANTONIO TX 78269-1510
             (address filed with court: Security Service FCU,   PO Box 691510,   San Antonio, TX 78269)
10405147     +Security Services Federal Credit Union,   645 South 1750 West,   Springville, UT 84663-3071
10405149     +US Department of Treasury,   Small Business Administration,   P.O. Box 830794,
              Birmingham, AL 35283-0794
10405148     +University Credit Union,   P.O. Box 58025,   Salt Lake City, UT 84158-0025
10501396     +University Federal Credit Union,   3450 South Highland Dr, Ste 104,
              Salt Lake City, UT 84106-3375
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
10405137      EDI: AMEREXPR.COM Jul 08 2020 07:43:00   American Express,   P.O. Box 981535,
              El Paso, TX 79998-1535
10477084      EDI: BECKLEE.COM Jul 08 2020 07:43:00   American Express Centurion Bank,
              c/o Becket and Lee LLP,   PO Box 3001,   Malvern PA 19355-0701
11578184      EDI: BANKAMER.COM Jul 08 2020 07:43:00   Bank of America, N.A.,   PO Box 31785,
              Tampa, FL 33631-3785
10405140      EDI: CITICORP.COM Jul 08 2020 07:43:00   Citibank,   P.O. Box 790034,
              Saint Louis, MO 63179-0034
10405142      EDI: RMSC.COM Jul 08 2020 07:43:00   JC Penney,   P.O. Box 960090,   Orlando, FL 32896-0090
10405139      EDI: JPMORGANCHASE Jul 08 2020 07:43:00   Chase Card Services,   P.O. Box 15298,
              Wilmington, DE 19850-5298
10508252     +EDI: MID8.COM Jul 08 2020 07:43:00   MIDLAND FUNDING LLC,   PO Box 2011,
              Warren, MI 48090-2011
10405144     +EDI: WFNNB.COM Jul 08 2020 07:43:00   Maurices,   P.O. Box 659705,
              San Antonio, TX 78265-9705
10405145     +E-mail/Text: clarson@macu.com Jul 08 2020 03:51:39   Mountain America Credit Union,
              735 S. State St. 3rd Floor,   Salt Lake City, UT 84111-3821
10466121      EDI: Q3G.COM Jul 08 2020 07:43:00   Quantum3 Group LLC as agent for,   Comenity Bank,
              PO Box 788,   Kirkland, WA 98083-0788
10406737      EDI: RMSC.COM Jul 08 2020 07:43:00   Synchrony Bank,
              Care of Recovery Management Systems Corp,   25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
10405150     +EDI: WFFC.COM Jul 08 2020 07:43:00   Wells Fargo Bank, N.A.,   Business Direct Division,
              P.O. Box 29482,   Phoenix, AZ 85038-9482
                                                                                              TOTAL: 12

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10405143    ##+LaMar and Larene Drew,   Kruse, Landa, Maycock & Ricks, LLC,   136 East South Temple, Ste. 2100,
              Salt Lake City, UT 84111-1124
                                                                                 TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2020                          Signature:   /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2020 at the address(es) listed below:

    Armand J. Howell   on behalf of Creditor   The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWALT armand@hwmlawfirm.com, meghan@hwmlawfirm.com;armandh@ecf.courtdrive.com

    Jeffrey C. Shorter   on behalf of Joint Debtor Melonie  Lovingier jeff.shorter@utahlaw-smart.com, tamaraking@utahlaw-smart.com

    Jeffrey C. Shorter   on behalf of Debtor Zachary Daniel Lovingier jeff.shorter@utahlaw-smart.com, tamaraking@utahlaw-smart.com

    Lon  Jenkins tr   ecfmail@ch13ut.org,  lneebling@ch13ut.org

    Steven G. Loosle   on behalf of Creditor LaMar  Drew steve@stevengloosleelaw.com

    Steven G. Loosle   on behalf of Creditor LaRene  Drew steve@stevengloosleelaw.com

    United States Trustee   USTPRegion19.SK.ECF@usdoj.gov

    TOTAL: 7